IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEITH M. COLE | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-15 |
| BOBBY LUMPKIN, ET AL. | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Michael J. Truncale, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

ORDERED and ADJUDGED that this civil rights action is DISMISSED pursuant to Federal Rule of Civil Procedure 56. All motions not previously ruled on are DENIED.

**SIGNED this 24th day of March, 2023.**

_____
Michael J. Truncale
United States District Judge