IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 6 2023

BY
DEPUTY_____

KEITH M. COLE

VS.  CIVIL ACTION NO: 1:20-CV-15

BOBBY LUMPKIN, ET.AL.

## PLAINTIFF'S NOTICE OF APPEAL
## TO THE FIFTH CIRCUIT

Now comes Keith M. Cole (Plaintiff) files this Notice of Appeal PRO SE in the above cause of action.

The record clearly showed, that Plaintiff filed this civil action under the protection of the Religious Land Use and Institutionalized Persons Act of 2000.

Plaintiff contends, that the findings in this cause of action were a grave constitutional injustice.

The record clearly showed, that this Honorable Court completely ignored the rigorous standards demanded by RLUIPA and the findings in the "UNANIMOUS" U.S. Supreme Court decision in HOLT vs. HOBBS.

Plaintiff is confident, that the FIFTH CIRCUIT will agree.

RESPECTFULLY SUBMITTED ON APRIL 2, 2023

/s/ Keith M. Cole

```
                    MR.KEITH M.COLE #728748
                        MARK STILES UNIT
                         3060 FM 3514
                      BEAUMONT,TEXAS 77705
                           4-2-2023
```

Dear Clerk,

Enclosed you will find my Notice of Appeal to the FIFTH CIRCUIT in civil action 1:20-cv-15.
Please file mark the copy of this letter and return it to me in the enclosed envelope.

                                        Thank You for all of your help.

                                        *[signature: Keith M. Cole]*

CLERK, U.S. DISTRICT COURT
RECEIVED
APR - 6 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

MR. KEITH M. COLE #728748
MARK STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705



CLERK
U.S. DISTRICT COURT
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS 77701-2217

CLERK, U.S. DISTRICT COURT
RECEIVED

APR 0 6 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

77701-221729